```
1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   PHILLIP A. TALBERT
3  Assistant United States Attorneys
   501 I Street, 10th Floor
4  Sacramento, California 95814
   Telephone: (916) 554-2767
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )  CR. No. S-06-115 LKK
                               )
12              Plaintiff,     )  STIPULATION AND ORDER
        v.                     )
13                             )
                               )
14 MICHAEL O'NEAL,             )
                               )
15              Defendant.     )
   _____)
16
17      The defendant, through his undersigned counsel, and the
18 United States, through its undersigned counsel, agree and
19 stipulate that the hearing for imposition of judgment and
20 sentence currently scheduled for Tuesday, June 27, 2006, should
21 be vacated and continued until Wednesday, October 11, 2006, at
22 9:30 a.m.
23      The defendant has pled guilty and is awaiting sentencing.
24 His pre-sentence report has been prepared.  The defendant is a
25 cooperating witness with regard to the remaining three defendants
26 in the above captioned case, and it is anticipated that the
27 United States will file a motion pursuant to Sentencing Guideline
28 5K1.1 at the time of imposition of judgment and sentence.
```

1    It will not be possible to file the 5K motion until
2    defendant O'Neal's cooperation is complete, which will not be
3    until the remaining defendants either plead guilty or undergo
4    trial on the charges.  The next scheduled status conference for
5    the remaining defendants is September 6, 2006, so it is necessary
6    to continue the J&S for defendant O'Neal until after that date.
7    The date to which the sentencing hearing for defendant O'Neal is
8    continued should be considered to be a control date.
9    Dated: June 19, 2006

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                By: /s/ Robert M. Twiss
                                    ROBERT M. TWISS
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorneys

Dated: June 19, 2006

                                    MICHAEL O'NEAL
                                    Defendant


                                By: /s/ Robert M. Twiss for
                                    Signed at the request of and
                                    With the permission of
                                    WAYNE L. ORDOS
                                    Counsel for Defendant

                ORDER

     IT IS SO ORDERED.  This matter is continued until 9:30 a.m.
on Wednesday, October 11, 2006 for imposition of judgment and
sentence.

Dated: June 20, 2006

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT