1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   PHILLIP A. TALBERT
3  Assistant United States Attorneys
   501 I Street, 10th Floor
4  Sacramento, California 95814
   Telephone: (916) 554-2767
5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  CR. No. S-06-115 LKK
                                )
12              Plaintiff,      )  STIPULATION AND ORDER
         v.                     )
13                              )
                                )
14 MICHAEL O'NEAL,              )
                                )
15              Defendant.      )
   _____)
16

17      The defendant, through his undersigned counsel, and the
18 United States, through its undersigned counsel, agree and
19 stipulate that the hearing for imposition of judgment and
20 sentence currently scheduled for Wednesday, October 11, 2006,
21 should be vacated and continued until Tuesday, February 13, 2007,
22 at 9:30 a.m.
23      The defendant has pled guilty and is awaiting sentencing.
24 His pre-sentence report has been prepared. The defendant is a
25 cooperating witness with regard to the remaining three defendants
26 in the above captioned case, and it is anticipated that the
27 United States will file a motion pursuant to Sentencing Guideline
28 5K1.1 at the time of imposition of judgment and sentence.

It will not be possible to file the 5K motion until defendant O'Neal's cooperation is complete, which will not be until the remaining defendants either plead guilty or undergo trial on the charges. The next scheduled status conference for the remaining defendants is December 5, 2006, so it is necessary to continue the J&S for defendant O'Neal until after that date. The date to which the sentencing hearing for defendant O'Neal is continued should be considered to be a control date.

Dated: October 9, 2006

          McGREGOR W. SCOTT
          United States Attorney

            /s/ Robert M. Twiss
By:_____
   ROBERT M. TWISS
   PHILLIP A. TALBERT
   Assistant U.S. Attorneys

Dated: October 9, 2006

          MICHAEL O'NEAL
          Defendant

            /s/ RMT for WLO
By:_____
   Signed at the request of and
   With the permission of
   WAYNE L. ORDOS
   Counsel for Defendant

ORDER

IT IS SO ORDERED. This matter is continued until 9:30 a.m. on Tuesday, February 13, 2007 for imposition of judgment and sentence.

Dated: October 10, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2