1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   PHILLIP A. TALBERT
3  Assistant United States Attorneys
   501 I Street, 10th Floor
4  Sacramento, California 95814
   Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-06-115 LKK |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| MICHAEL O'NEAL, | |
| Defendant. | |

The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the hearing for imposition of judgment and sentence currently scheduled for Tuesday, February 13, 2007, should be vacated and continued until Tuesday, April 3, 2007, at 9:30 a.m.

The defendant has pled guilty and is awaiting sentencing. His pre-sentence report has been prepared. The defendant is a cooperating witness with regard to the remaining three defendants in the above captioned case, and it is anticipated that the United States will file a motion pursuant to Sentencing Guideline 5K1.1 at the time of imposition of judgment and sentence.

| | |
|---|---|
| 1 | It will not be possible to file the 5K motion until |
| 2 | defendant O'Neal's cooperation is complete, which will not be |
| 3 | until the remaining defendants either plead guilty or undergo |
| 4 | trial on the charges.  The next scheduled status conference for |
| 5 | the remaining defendants is March 6, 2007, so it is necessary to |
| 6 | continue the J&S for defendant O'Neal until after that date.  The |
| 7 | date to which the sentencing hearing for defendant O'Neal is |
| 8 | continued should be considered to be a control date. |

Dated: February 5, 2007

          McGREGOR W. SCOTT
          United States Attorney

            /s/ Robert M. Twiss
By:_____
   ROBERT M. TWISS
   PHILLIP A. TALBERT
   Assistant U.S. Attorneys

Dated: February 5, 2007

          MICHAEL O'NEAL
          Defendant

            /s/ RMT for WLO
By:_____
   Signed at the request of and
   With the permission of
   WAYNE L. ORDOS
   Counsel for Defendant

## ORDER

IT IS SO ORDERED.  This matter is continued until 9:30 a.m. on Tuesday, April 3, 2007 for imposition of judgment and sentence.

Dated: February 5, 2007

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT