```
1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   PHILLIP A. TALBERT
3  Assistant United States Attorneys
   501 I Street, 10th Floor
4  Sacramento, California 95814
   Telephone: (916) 554-2767
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE
9                 EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )  CR. No. S-06-115 LKK
                               )
12              Plaintiff,     )  STIPULATION AND ORDER
           v.                  )
13                             )
                               )
14 MICHAEL O'NEAL,             )
                               )
15              Defendant.     )
   _____)
16
```

17 The defendant, through his undersigned counsel, and the
18 United States, through its undersigned counsel, agree and
19 stipulate that the hearing for imposition of judgment and
20 sentence currently scheduled for Tuesday, April 3, 2007, should
21 be vacated and continued until Tuesday, August 28, 2007, at 9:30
22 a.m.

23 The defendant has pled guilty and is awaiting sentencing.
24 His pre-sentence report has been prepared.  The defendant is a
25 cooperating witness with regard to the remaining three defendants
26 in the above captioned case, and it is anticipated that the
27 United States will file a motion pursuant to Sentencing Guideline
28 5K1.1 at the time of imposition of judgment and sentence.

1  It will not be possible to file the 5K motion until
2  defendant O'Neal's cooperation is complete, which will not be
3  until the remaining defendants either plead guilty or undergo
4  trial on the charges.  The next scheduled status conference for
5  the remaining defendants is on May 22, 2007, so it is necessary
6  to continue the J&S for defendant O'Neal until after that date.
7       At that time, the remaining defendants either will plead
8  guilty, or set the matter for hearing motions and then a trial
9  date.  Even if the remaining defendants plead guilty on May 22nd,
10 they will not be sentenced until 10 weeks thereafter.  If they do
11 not plead guilty, but set the matter for trial, then sentencing
12 of defendant O'Neal will have to be further postponed.  The date
13 to which the sentencing hearing for defendant O'Neal is continued
14 should be considered to be a control date.

Dated: March 30, 2007

                        McGREGOR W. SCOTT
                        United States Attorney

                          /s/ Robert M. Twiss
            By:_____
                ROBERT M. TWISS
                PHILLIP A. TALBERT
                Assistant U.S. Attorneys

Dated: March 30, 2007

                        MICHAEL O'NEAL
                        Defendant

                          /s/ RMT for WLO
            By:_____
                Signed at the request of and
                With the permission of
                WAYNE L. ORDOS
                Counsel for Defendant

27 ///
28 ///

ORDER

IT IS SO ORDERED. This matter is continued until 9:30 a.m. on Tuesday, August 28, 2007 for imposition of judgment and sentence.

Dated: April 2, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT