```
1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   PHILLIP A. TALBERT
3  Assistant United States Attorneys
   501 I Street, 10th Floor
4  Sacramento, California 95814
   Telephone: (916) 554-2767
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                 EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )  CR. No. S-06-115 LKK
                               )
12            Plaintiff,       )  Stipulation and Order
         v.                    )
13                             )
   MICHAEL O'NEAL,             )
14                             )
              Defendant.       )
15 _____)
16
17     It is hereby agreed between the United States through its
18 undersigned counsel, and defendant O'Neal through his undersigned
19 counsel, that the judgment and sentence hearing currently
20 scheduled for August 28, 2007 should be vacated and continued
21 until Tuesday, January 8, 2008 at 9:30 a.m., for imposition of
22 judgment and sentence.
23      The defendant cannot be sentenced until the resolution of
24 the case against his co-defendants. Their next court appearance
25 is on October 25, 2007. It is necessary to continue the judgment
26 and sentence in this case until at least after October 25$^{th}$. It
27 also is anticipated that the case against the co-defendants will
28 not be closed until December, 2007 at the earliest.
```

1 WHEREFORE, it is necessary to continue the judgment and
2 sentence in this case until January 8, 2008. Mr. Ordos has
3 requested and authorized the undersigned counsel for the United
4 States to sign for him.
5 Dated: August 24, 2007

McGREGOR W. SCOTT
United States Attorney

/s/ Robert M. Twiss
By:_____
Robert M. Twiss
Assistant U.S. Attorney

Dated: August 24, 2007

MICHAEL O'NEAL
Defendant

/s/ Wayne L. Ordos by RMT
By:_____
Wayne L. Ordos
Counsel for Defendant

ORDER

It is so ordered.

Dated: August 27, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT