```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBERT M. TWISS
    PHILLIP A. TALBERT
 3  Assistant United States Attorneys
    501 I Street, 10th Floor
 4  Sacramento, California 95814
    Telephone: (916) 554-2767
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. No. S-06-115 LKK
                                 )
12               Plaintiff,      )  Stipulation and Order
            v.                   )
13                               )
    MICHAEL O'NEAL,              )
14                               )
                 Defendant.      )
15  _____)
16
```

It is hereby agreed between the United States through its undersigned counsel, and defendant O'Neal through his undersigned counsel, that the judgment and sentence hearing currently scheduled for January 8, 2008 at 9:30 a.m. should be vacated and continued until Tuesday, January 6, 2009 at 9:30 a.m., for imposition of judgment and sentence.

The defendant cannot be sentenced until the resolution of the case against his co-defendants. Their jury trial date is scheduled to begin in September of 2008 due to the unavailability of counsel for co-defendant Majors. It is necessary to continue the judgment and sentence in this case until at least after the jury trial of the co-defendants. It also is anticipated that the

case against the co-defendants will not be closed until December, 2008 at the earliest.

WHEREFORE, it is necessary to continue the judgment and sentence in this case until January 6, 2009.  Mr. Ordos has requested and authorized the undersigned counsel for the United States to sign for him.

Dated: January 4, 2008

                    McGREGOR W. SCOTT
                    United States Attorney

                    /s/ Robert M. Twiss
By:_____
    Robert M. Twiss
    Assistant U.S. Attorney

Dated:  January 4, 2008

                    MICHAEL O'NEAL
                    Defendant

                    /s/ Wayne L. Ordos by RMT
By:_____
    Wayne L. Ordos
    Counsel for Defendant

## ORDER

It is so ordered.

Dated: January 4, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT